**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 97-7761

───────────────

ROBERT L. DAVIS,

                    Petitioner - Appellant,

    versus

HARRY ALLSBROOK,

                    Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-97-434-5-F)

───────────────

Submitted: July 2, 1998          Decided: July 21, 1998

───────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Robert L. Davis, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Davis v. Allsbrook</u>, No. CA-97-434-5-F (E.D.N.C. Nov. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>